ANNA E. M. IMBRIOSCIA, Appellant, *v.* FRANK J. QUAYLE et al., Constituting the BOARD OF TRUSTEES OF THE NEW YORK FIRE DEPARTMENT PENSION FUND and the NEW YORK FIRE DEPARTMENT LIFE INSURANCE FUND, et al., Respondents.

Submitted July 11, 1951; decided July 11, 1951.

*John G. Esposito* for motion.
*James N. Fazio* opposed.

Motion granted unless appellant serves and files the undertaking required by section 593 of the Civil Practice Act and pays $10 costs within ten days, in which events, motion denied.